FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Raymond Oquendo Dacanay DEFENDANT(S). | CASE NUMBER SA15-00548M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defense Counsel</u>, IT IS ORDERED that a detention hearing is set for <u>November 6,</u> , <u>2015</u> , at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Douglas F. McCormick</u>, in Courtroom <u>6B</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 11/5/2015

DOUGLAS F. McCORMICK
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)   Page 1 of 1