FILED
CLERK, U.S. DISTRICT COURT

NOV - 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA15-00548M |
| Raymond Orlando Dacanay, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of <u>defense counsel</u>, IT IS ORDERED that a detention hearing is set for <u>November 10,</u>, 2015, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Douglas F. McCormick, United States Magistrate Judge</u>, in Courtroom <u>6B</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 11/6/2015

DOUGLAS F. McCORMICK
~~U.S. District Judge~~/Magistrate Judge